FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 6 – 2005**

GREGORY C. LANGH...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-1877-RPM-PAC

MONTE C. MAGILL,

Plaintiff,

vs.

BAYCHAR,

Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Having reviewed the parties Stipulation of Dismissal Without Prejudice, and being fully advised in the premises, the Court

ORDERS that the Stipulation be, and hereby is GRANTED.  This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

BY THE COURT:

Dated:   September 6, 2005

Richard P. Matsch
Senior District Judge

3441077_1.DOC